IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YOUNG AGAIN PRODUCTS, INC., | § | |
| | § | |
| Judgment Creditor, | § | |
| | § | |
| VS. | § | MISC ACTION NO. 09-MC-0282 |
| | § | |
| JOHN ACORD, *et al.*, | § | |
| | § | |
| Judgment Debtors. | § | |

**ORDER RESETTING HEARING**

The evidentiary hearing scheduled in this case has been reset. The hearing will now be held on:

**November 9, 2009**
at 10:00 a.m.
before Judge Lee H. Rosenthal
in Courtroom 11-B, 11th Floor
United States Courthouse
515 Rusk Avenue
Houston, Texas  77002

All subpoenas issued for witnesses and parties will remain in effect as well as all court-ordered appearances.

SIGNED on October 20, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge