IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| YOUNG AGAIN PRODUCTS, INC., § | |
| § | |
| Judgment Creditor, § | |
| § | |
| VS. § | MISC. ACTION NO. H- 09-0282 |
| § | |
| JOHN ACORD, *et al.*, § | |
| § | |
| Judgment Debtors. § | |

**TEMPORARY RESTRAINING ORDER**

Young Again Products, Inc. (YAP) moved for a Temporary Restraining Order against the defendant Judgment Debtors. Based on the record, including the exhibits to the motion and the supporting Memorandum of Law, this court granted the motion, finding and concluding that during the pendency of YAP's § 24.008(b) Motion, if the Judgment Debtors moved assets beyond the reach of both YAP and this court's jurisdiction during that time, YAP would be irreparably damaged in its ability to levy execution on the assets, in light of the evidence indicating the Judgment Debtors' past practice of moving or transferring assets beyond the reach of creditors (and the jurisdiction of the courts).

A hearing was held on Monday, October 5, 2009. The Judgment Creditor and Judgment Debtors agreed to extend the TRO. At a hearing held on November 9, 2009, at 10:00 a.m., the court heard arguments of counsel and continued the evidentiary hearing until **10:30 a.m.** on **November 17, 2009**. Accordingly, through and including Wednesday, November 18, 2009, at midnight, the Judgment Debtors Marcella Ortega and John Acord, their agents, servants, employees, and other persons acting in concert with them, including Sean Ortega and Kenneth Acord, are enjoined from the following:

     1. moving, transferring, or destroying any asset of the newtrients21 business, including all product inventory, labels, supplies, equipment and machinery, computers, hard drives, servers, copiers, fax machines, label makers, all data in electronic and hard copy form, electronic storage devices (including but not limited to CDs, disks, and flash drives), intellectual property, customer lists and customer information, vendor lists and vendor information, and any and all assets of the business;

     2. creating, maintaining for personal benefit, or transferring to themselves or others any copies of the electronic data of the business, including customer lists, customer information, or any of the content of the newtrients21.com website (including its products, product advertising and descriptions, research library, and HTML codes); and

     3. removing, transferring, or hiding any personal property located at 9022 Deer Lodge Road, Magnolia, Texas; provided, however, that automobiles may come and go from the property in the ordinary course of travel so long as they are not being used to move or transfer any assets off the property.

     A hearing will be held on **Tuesday, November 17, 2009, at 10:30 a.m. in Courtroom 11B** to hear evidence and argument on YAP's § 24.008(b) motion and/or YAP's request for a preliminary injunction.

     It is not necessary that YAP post a bond in connection with this Temporary Restraining Order.

     SIGNED on November 9, 2009, at Houston, Texas.

                                          _____
                                                  Lee H. Rosenthal
                                           United States District Judge