IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YOUNG AGAIN PRODUCTS, INC., | § | |
| | § | |
| Judgment Creditor, | § | |
| | § | |
| VS. | § | MISC. NO. H-09-0282 |
| | § | |
| JOHN ACORD, *et al.*, | § | |
| | § | |
| Judgment Debtors. | § | |

**AGREED JUDGMENT**

In this case, Young Again Products, Inc. is the Garnishor, and Amegy Bank, N.A. is the Garnishee. The Garnishee has answered that it is indebted to the Judgment Debtor in the amount of $6,559.95 and the Garnishee's Answer has not been controverted. The Garnishor and the Garnishee have settled the disputes between them. The Garnishor properly served the Judgment Debtor, but he Judgment Debtor failed to appear in accordance with Rule 663a of the Texas Rules of Civil Procedure. Under the agreed Judgment, the following orders are entered:

1. The Garnishee, Amegy Bank, N.A., is discharged from liability to the Garnishor, Young Again Products, Inc., and the Judgment Debtor, John Acord, a/k/a John Livingston, *et al.*, and Marcella Ortega, to the extent of $6,559.95, the subject of this Judgment.

2. Amegy Bank, N.A. recovers from John Acord, a/k/a John Livingston, *et al.*, and Marcella Ortega the sum of $1,000.00 as reasonable compensation to the Garnishee for the costs incurred, including its reasonable attorneys' fees, in answering the Garnishment.

3. The Garnishor recovers from Amegy Bank, N.A. $5,559.95, representing funds to which Amegy Bank, N.A. is indebted to the Judgment Debtor after satisfaction of its attorneys' fees in this Garnishment.

4. Amegy Bank, N.A. must pay to the Garnishor, Young Again Products, Inc., the amount of $5,559.95 from the account containing funds of the Judgment Debtor, John Acord, a/k/a John Livingston, *et al*., and Marcella Ortega, on deposit with Amegy Bank, N.A.

5. Amegy Bank, N.A. may satisfy its judgment against John Acord, a/k/a John Livingston, *et al*., and Marcella Ortega in the amount of $1,000.00 from funds on deposit with Amegy Bank, N.A. from John Acord, a/k/a John Livingston, *et al*., and Marcella Ortega.

6. Amegy Bank, N.A. may release any hold or freeze on any accounts of John Acord, a/k/a John Livingston, *et al*., and Marcella Ortega so that John Acord, a/k/a John Livingston, *et al*., and Marcella Ortega may be permitted to transact normal business through said accounts.

7. All other costs of court are taxed against the party incurring them.

8. All relief not granted is denied.

9. This is a final judgment.

SIGNED on April 6, 2010, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Lee H. Rosenthal
　　　　　　　　　　　　　　　　　　　　　United States District Judge