IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YOUNG AGAIN PRODUCTS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-MC-0282 |
| | § | |
| JOHN ACORD, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiff has moved for an order of contempt. No later than **September 24, 2012**, the defendants, John Accord and Sean Ortega, must file any written response to the motion. On **October 1, 2012 at 12:00 p.m.**, John Accord and Sean Ortega and counsel must appear before this court to show cause why they should not be held in contempt. The show-cause hearing will be held in Courtroom 11-B at the United States Courthouse, 515 Rusk, Houston, Texas.

SIGNED on September 4, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge