IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| YOUNG AGAIN PRODUCTS, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | MISC. ACTION NO. H-09-0282 |
| § | |
| JOHN ACORD, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

The motion to withdraw as counsel of record for respondent, John Acord, and the motion to withdraw as counsel of record for judgment debtor Marcella Ortega, filed by Joe Alfred Izen, Jr., are granted. (Docket Entry No. 122). This court finds that the plaintiff, Young Again Products, has properly served John Acord, and that he must file an answer or other appropriate responsive pleading no later than **November 30, 2012**. The court has been informed that Matthew Gilmartin, Esq., P.O. Box. 939, North Olmsted, OH 44070, 440-479-8630, will be appearing as counsel of record for John Acord. Mr. Gilmartin will be added to the docket sheet to ensure that he receives notice. He is ordered to file his notice of appearance no later than **November 30, 2012**.

SIGNED on November 14, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge