IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YOUNG AGAIN PRODUCTS, INC., | § | |
| | § | |
| Judgment Creditor, | § | |
| | § | |
| VS. | § | MISC. ACTION NO. H-09-0282 |
| | § | |
| JOHN ACORD, *et al.*, | § | |
| | § | |
| Judgment Debtors. | § | |

**ORDER**

John Accord's motion for an extension of time to file his objections to the Magistrate Judge's Memorandum and Conclusions, (Docket Entry No. 173), is granted in part. He must file his objections by **March 29, 2013.**

SIGNED on March 19, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge