IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| YOUNG AGAIN PRODUCTS, INC., § § Plaintiff, § § VS. § JOHN ACORD, *et al.*, § § Defendants. § | MISC. ACTION NO. H-09-0282 |

## ORDER

The plaintiff, Young Again Products, filed a motion to enforce this court's order of contempt and sanctions against Sean Ortega issued on April 21, 2014. No response has been filed. The motion is granted. Sean Ortega is ordered to pay the sanction imposed by this court, in the amount of $7,975.50, to Young Again Products, Inc., no later than **September 26, 2014**, or by that date, file a written statement showing cause for failing to do so. Failure to comply may result in sanctions, including contempt.

SIGNED on August 6, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge